# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL TUBACH, | CASE NO. 1:12-cv–00916-LJO-BAM PC |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | (ECF Nos. 3, 4) |
| HERNANDEZ, et al., | |
| Defendants. | |

Plaintiff Isabel Tubach, a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983, filed the complaint in this action on June 6, 2012. On June 8, 2012, an order issued requiring Plaintiff to show cause why this action should not be dismissed for failure to exhaust administrative remedies. (ECF No. 3.) On June 25, 2012, Plaintiff filed a response stating that the appeals coordinator has refused to accept her appeals and included an abuse of appeal warning, dated May 9, 2012, showing that Plaintiff has been limited to one non-emergency appeal every 14 days due to abuse of the inmate appeal system. At this stage of the proceedings, it is unclear if Plaintiff has attempted to exhaust her administrative remedies. Accordingly, the order to show cause, issued June 8, 2012, is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **July 11, 2012**          /s/ **Barbara A. McAuliffe**
                               UNITED STATES MAGISTRATE JUDGE

1