1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

9  ISABEL TUBACH,                                          CASE NO. 1:12-cv–00916-LJO-BAM PC

10                              Plaintiff,                 FINDINGS AND RECOMMENDATIONS
                                                          RECOMMENDING DISMISSING ACTION,
11          v.                                            WITH PREJUDICE, FOR FAILURE TO
                                                          STATE A CLAIM
12  HERNANDEZ, et al.,
                                                          (ECF Nos.1, 8)
13                              Defendants.
                                                      /   OBJECTIONS DUE WITHIN TWENTY DAYS
14

15          Plaintiff Isabel Tubach, a state prisoner proceeding pro se in this civil rights action pursuant

16  to 42 U.S.C. § 1983, filed the complaint in this action on June 6, 2012.  An order was issued on July

17  24, 2012, dismissing the complaint, with leave to file an amended complaint within thirty days.  28

18  U.S.C. § 1915A; 28 U.S.C. § 1915(e).  Plaintiff was warned that if she failed to file an amended

19  complaint in compliance with the order, this action would be dismissed, with prejudice, for failure

20  to state any claims.  More than thirty days have passed and Plaintiff has not complied with or

21  otherwise responded to the Court's order.  As a result, there is no pleading on file which sets forth

22  any claims upon which relief may be granted.

23          Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), it is HEREBY

24  RECOMMENDED that this action BE DISMISSED, with prejudice, based on Plaintiff's failure to

25  state any claims upon which relief may be granted.

26          These findings and recommendations will be submitted to the United States District Judge

27  assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within twenty (20)

28  days after being served with these findings and recommendations, Plaintiff may file written

1  objections with the Court.  The document should be captioned "Objections to Magistrate Judge's

2  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

3  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d

4  1153 (9th Cir. 1991).

5

6        IT IS SO ORDERED.

7  **Dated:    September 11, 2012**                    /s/ **Barbara A. McAuliffe**
                                                   UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28